# UNITED STATES BANKRUPTCY COURT

**District of Delaware**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

**www.deb.uscourts.gov**

**IN RE:**
Full Circle Fiber Intermediate LLC

**Case No.:** 26−11436−CTG

***Debtor(s)***

## NOTICE OF PETITION DEFICIENCY

The petition in the above−mentioned case is deficient. The document(s) indicated below must be filed by the due date(s) listed at the bottom of this notice, unless a motion for cause shown is filed before the due date(s). **Failure to comply with this Notice will result in your case being dismissed without further notice or hearing (exceptions*).** Pursuant to F.R.Bank.P. 1002, 1007, 2016(b), and 3015(c), Local Rules and 11 U.S.C. Section 521, the following are due:

| *X* | *Item* | *Description* | *X* | *Item* | *Description* |
|---|---|---|---|---|---|
| X | 1. | Schedule A/B: Real Property (14 days) | | 14. | Disclosure of Compensation of Attorney* (14 days) |
| | 2. | Schedule C: Property Claimed as Exempt (14 days) | X | 15. | Statement of Financial Affairs (14 days) |
| X | 3. | Schedule D: Creditors, Secured (14 days) | | 16. | Statement of Intention* (30 days) |
| X | 4. | Schedule E/F: Creditors, Unsecured (14 days) | | 17. | Creditor Matrix (7 days) If petition was not e−filed<br>Creditor Matrix(2 days) If petition was e−filed |
| X | 5. | Schedule G: Executory Contracts & Unexpired Leases (14 days) | | 18. | List of 20 Largest Unsecured Creditors* (2 days) |
| X | 6. | Schedule H: Co−Debtors (14 days) | | 19. | List of Equity Security Holders (14 days) |
| | 7. | Schedule I: Income (14 days) | | 20. | Statement of Current Monthly Income and Means Test Calculation* (Chapter 7) (14 days) |
| | 8. | Schedule J: Expenses (14 days) | | 21. | Statement of Current Monthly Income* (Chapter 11) (14 days) |
| | 9. | Schedule J−2: Expenses Separate Household of Debtor 2 (14 days) | | 22. | Statement of Current Monthly Income and Disposable Income Calculation* (Chapter 13) (14 days) |
| | 10. | Schedules A through J (14 days) | | 23. | B101A − Initial Statement/Eviction Judgment* (2 days) |
| | 11. | Declaration About Debtor's Schedules (14 days) | | 24. | Application to Pay Filing Fees In Installments (7 days) |
| X | 12. | Summary of Assets and Liabilities (14 days) | | 25. | Other Petition Deficiencies: |
| | 13. | Plan & Analysis − Ch. 12 (90 days) Ch. 13 (14 days) | | | |

***Comments:***

**See Reverse Side For Additional Information**

| *Item #* | *Due Date* | | *Item #* | *Due Date* | | *Item #* | *Due Date* |
|---|---|---|---|---|---|---|---|
| 1 | 09/24/2026 | | 12,15 | 09/24/2026 | | | |
| 3−6 | 09/24/2026 | | | | | | |

**Instructions for filing:** Official forms are available on the Court's website. All documents must be electronically filed with the Court through CM/ECF (Case Management/Electronic Case Filing). CM/ECF registration materials are available on the Court's website. Paper copies of filings will only be accepted by pro se debtors. If you are unable to electronically file a document, a paper copy accompanied by a certification setting forth the reasons why the document could not be electronically filed will be accepted.

Stephen L Grant, Clerk of Court

9/10/26
Date

By: /s/ Cheryl O. Hollis
Deputy Clerk

Rev. 10/10/2006

VAN−313

United States Bankruptcy Court
District of Delaware

In re: Case No. 26-11436-CTG
Full Circle Fiber Intermediate LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1 User: admin Page 1 of 1
Date Rcvd: Sep 10, 2026 Form ID: van313 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Full Circle Fiber Intermediate LLC, 14480 62nd Street N, Clearwater, FL 33760-2721 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Samis | on behalf of Debtor Full Circle Fiber Intermediate LLC christopher.samis@icemiller.com lauren.eastburn@icemiller.com |
| Ricardo Palacio | palaciotrustee@gmail.com palaciotrustee.asst@gmail.com;DE30@ecfcbis.com;KTsaganos@ashbygeddes.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 3